UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

DAVID A. JOHNSON,

        Petitioner,

  vs.

WILLIAM KNIPP,

        Respondent.

No. C 13-2279 PJH (PR)

**ORDER DISMISSING PETITION, AND DENYING CERTIFICATE OF APPEALABILITY**

This is a habeas case filed pro se by a state prisoner. Petitioner has paid the filing fee. Petitioner has filed a petition and seeks a stay while he exhausts two claims in state court. The claims involve the introduction of his incriminating admission to police and the improper admission of evidence of his prior violent outbursts and his association with the Hell's Angels.

Petitioner previously filed a habeas petition regarding this conviction in case No. C 09-0937 JSW, that was dismissed on the merits on July 15, 2010, and his appeals to the Ninth Circuit and United States Supreme Court were denied. Thus, this is a successive petition. Before a second or successive petition may be filed in the district court, the petitioner must first obtain an order from the court of appeals authorizing the district court to consider the petition. *See* 28 U.S.C. § 2244(b)(3)(A). A review of both cases indicates that the petition in this case is identical to the petition from the earlier case.

The petition is **DISMISSED** for the reasons set out above. Because reasonable jurists would not find the result here debatable, a certificate of appealability ("COA") is **DENIED**. *See Slack v. McDaniel*, 529 U.S. 473, 484-85 (2000) (standard for COA). The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: September 4, 2013.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\HC.13\Johnson2279.dsm.wpd